**James P. LOGAN, Jr., Plaintiff–Appellant,**

v.

**GWALTNEY OF SMITHFIELD, LTD., The Smithfield Companies, Inc., and The Smithfield Packing Co. Inc., Defendants–Appellees.**

**No. 2010–1486.**

United States Court of Appeals, Federal Circuit.

Oct. 18, 2010.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).